1    BARRY J. PORTMAN
     Federal Public Defender
2    LARA S. VINNARD
     Assistant Federal Public Defender
3    160 West Santa Clara Street, Suite 575
     San Jose, CA  95113
4    Telephone:  (408) 291-7753

5    Counsel for Defendant LUIS GUZMAN-HERNANDEZ

     *E-FILED - 3/6/09*

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11   UNITED STATES OF AMERICA,          )    No. CR-08-00904 & CR-03-20145-RMW
                                        )
12              Plaintiff,              )    **STIPULATION TO CONTINUE**
                                        )    **HEARING AND EXCLUDE TIME;**
13   v.                                 )    **[] ORDER**
                                        )
14   LUIS GUZMAN-HERNANDEZ              )
                                        )
15              Defendant.              )
     _____)

16       Defendant and the government, through their respective counsel, hereby stipulate that,

17   subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for

18   Monday, March 9, 2009 at 9:00 a.m., be continued to Monday, March 16, 2009, at 9:00 a.m.

19   The continuance is requested to allow continued defense investigation and preparation.

20       The parties further agree that time should be excluded under the Speedy Trial Act because

21   the defense requires time for effective preparation and investigation, and the ends of justice

22   outweigh the defendant's and the public's need for a speedy trial.

23   Dated: 3/5/09                       _____/s/_____
                                         LARA S. VINNARD
24                                       Assistant Federal Public Defender

25   Dated: 3/5/09                       _____/s/_____
                                         CHAD MANDELL
26                                       Assistant United States Attorney

STIPULATION TO CONTINUE
HEARING DATE; [] ORDER
No. CR-08-00904                          1

1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

12   UNITED STATES OF AMERICA,          )    No. CR-08-00904 & CR-03-20145-RMW
                                        )
              Plaintiff,                )    **[] ORDER CONTINUING**
13                                      )    **HEARING AND EXCLUDING TIME**
     v.                                 )
14                                      )
     LUIS GUZMAN-HERNANDEZ,             )
15                                      )
              Defendant.                )
16   _____)

17         The parties have jointly requested a continuance of the hearing set for Monday, March 9,

18   2009, to allow time for the defense to complete investigation.

19         GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date

20   presently set for Monday, March 9, 2009, be continued to Monday, March 16, 2009,  at 9:00 a.m.

21         Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time

22   from March 9, 2009 to March 16, 2009, shall be excluded from the period of time within which

23   trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

24   Dated: _3/6/09___                    _____
                                          *Ronald M. Whyte*
                                          RONALD M. WHYTE
25                                        United States District Judge

26

STIPULATION TO CONTINUE
HEARING DATE; [] ORDER
No. CR-08-00904                          2